# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| VERONICA ROSS, STEPHANIE WAGNER, LISA TRAYLOR, CRYSTAL KILWILI, DENISE BIRCH, TARA GARRETT, and TARA KUMPE <br><br> PLAINTIFFS <br><br> v. <br><br><br> DAYBREAK VENTURE L.L.C. and FRANKSTON HEALTHCARE CENTER, L.P. <br> DEFENDANTS | § § § § § § § § § § § § <br><br> CIVIL ACTION No. 2:16-cv-479 <br> JURY REQUESTED |

## ORDER GRANTING JOINT MOTION TO DISMISS ALL CLAIMS

On this the 11th day of January, 2017, came on to be considered the parties' Joint Motion to Dismiss all claims in the above cause number with prejudice to refiling (Dkt. No. 19). After review of the Motion and the Court's consideration, the Court is of the opinion that the parties' Motion should be granted.

**So ORDERED and SIGNED this 11th day of January, 2017.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE